UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-27660
Monica D Scott )
) Chapter: 13
) Honorable Janet S. Baer
)
) Kane
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

    THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The 2009 Ford Escape financed through Jefferson Capital Systems LLC will be surrendered to Jefferson Capital Systems LLC post-confirmation and Jefferson Capital Systems LLC will be allowed an unsecured deficiency claim.

2. No payments will be made on the secured claim.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 17, 2017

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600